FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
SEP 2 0 2011
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00202 |
| | ) | |
| TIMOTHY JUTODD BATEY, | ) | |
| a/k/a "MAN-MAN" | ) | |

## MOTION TO UNSEAL INDICTMENT

The undersigned Assistant United States Attorney for the Middle District of Tennessee moves this Court to unseal the Indictment filed on September 15, 2011, in the above-entitled matter. Although the defendant is still at large, officer have begun to publicly search for him. By unsealing the indictment, investigators hope to obtain leads of the defendant's whereabouts from the community.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

_____
J. ALEX LITTLE
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

SO ORDERED:

_____
John S. Bryant
United States Magistrate Judge

Dated: September **20**, 2011