IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3-11-00202 |
| TIMOTHY JUTODD BATEY | ) | Judge Nixon |
| | ) | |

## ORDER

The trial in this case has been set for **January 8, 2013 at 9:00 a.m.** Any plea agreement shall be consummated by **January 2, 2013** and the Courtroom Deputy so notified. .

### Pretrial Filing Deadlines

The parties shall file the following with the Court, on or before **January 2, 2013** if the case is to be tried: (1) case specific jury instructions, with citations to supporting authorities, and verdict forms; and (2) motions in limine. Counsel for the parties shall comply timely with the discovery and motion provisions of Local Criminal Rules 12.01 and 16.01.

### Continuances

Any motion to continue the trial date shall be filed no later than one week before the trial date. Any motion to continue the trial shall attach a Speedy Trial Waiver signed by the Defendant or an explanation of why the Waiver is not attached.

### Attendance

All Defendants shall attend all Court proceedings in this case. If a Defendant is in custody, the Government shall take all necessary actions to secure the timely presence of the Defendant.

### CJA Fund Requests

In any request for CJA funds pursuant to 18 U.S.C. § 3006A(e), counsel shall indicate whether prior requests have been made, and if so, provide identifying information for those requests.

It is so ORDERED.

_____
JOHN T. NIXON, SENIOR JUDGE